**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

AUG - 2 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

DENNIS WILLIAMS                           §
                                          §
            Petitioner,                   §
                                          §
VS.                                       §
                                          §     NO. 3-05-CV-0953-B
DOUGLAS DRETKE, Director                  §
Texas Department of Criminal Justice,     §
Correctional Institutions Division        §
                                          §
            Respondent.                   §

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings

and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. §

636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are

correct and they are hereby accepted as the Findings of the Court.

SO ORDERED this _2nd_ day of _Aug_____, 2005.


_____
UNITED STATES DISTRICT JUDGE